THOMAS HORAN, Respondent, v. J. RHODES O'REILLY, as Receiver of the Rents and Profits of Premises No. 140 FIFTH AVENUE, NEW YORK CITY, Appellant; THE

New Home Sewing Machine Company, Defendant.— Action against a receiver in foreclosure for personal injuries sustained while operating a sidewalk freight elevator. Appeal from order vacating judgment of dismissal and ordering a new trial. Order reversed on the law, with costs, motion denied and judgment reinstated, on authority of *Woman's Hospital* v. *Loubern Realty Co.* (266 N. Y. 123). Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.